## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Federal: 4:25-mj-452** |
| | § | |
| **CAMERON ARNOLD** | § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter the appearance of JAMES LUSTER (Counsel to be Noticed, Texas State Bar No. 24061994) as *retained* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

August 4, 2025
Date

/s/ James Luster
JAMES LUSTER
TX SBN: 24061994
604 E 4th Street, Suite 101
Fort Worth, TX 76102
P: 682-777-3336
F: 682-238-5577
jluster@coferluster.com